# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JAMES J. SPIKES, JR.

NO. 2025 KW 0510

**AUGUST 18, 2025**

---

In Re:   James J. Spikes, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, Nos. 5767-F-2024, 5813-F-2024.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

   **WRIT DENIED AS MOOT.** The record of the Office of the Clerk of Court of St. Tammany Parish reflects that on June 6, 2025, the district court denied the petition for writ of habeas corpus.

**PMc**
**HG**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT